# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1773

_____

MICHAEL RUIZ,

   Petitioner,

v.

FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL
REGULATION, DIVISION OF REAL
ESTATE,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 6, 2026

PER CURIAM.

DISMISSED as untimely filed. *See Adams v. Fla. Unemployment Appeals Comm'n*, 16 So. 3d 272, 272-73 (Fla. 1st DCA 2009).

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael Ruiz, pro se, Petitioner.

Brooke Elizabeth Adams, Chief Appellate Counsel, Matthew Mears, Chief Appellate Counsel, and Andrew Fier, General Counsel, Department of Business and Professional Regulation, Tallahassee, for Respondent.